UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
====================================X
IN RE:

HACHAN CHOWDHURY,

Debtor(s)
====================================X

September 10, 2026
10:00 AM

Case No. 1-26-43364-JMM

Hon. JIL MAZER-MARINO

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee will move this court before the Hon. JIL MAZER-MARINO, Chief U.S. Bankruptcy Judge, for the Eastern District of New York, on September 10, 2026 at 10:00 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

**Any hearing on the attached application will be held remotely, by telephone or video conference. No in-person hearing will be held in the Courthouse on the date set forth above.**

All parties appearing must register at least two (2) business days in advance through eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. Only parties registered in advance will receive login instructions. Additional information is provided in the Judge's procedures at https://www.nyeb.uscourts.gov/content/chief-judge-jil-mazer-marino.

Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York, and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date: Jericho, New York
August 24, 2026

s/ Krista M. Preuss
KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE; STE 127
JERICHO, NY 11753
(516) 622-1340

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
===================================X
IN RE:

HACHAN CHOWDHURY,

Debtor(s)
===================================X

September 10, 2026
10:00 AM

Case No: 1-26-43364-JMM

Hon. JIL MAZER-MARINO

**APPLICATION**

TO THE HONORABLE JIL MAZER-MARINO, CHIEF U.S. BANKRUPTCY JUDGE:

KRISTA M. PREUSS, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on July 11, 2026, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

2. The Debtor's proposed Chapter 13 Plan (hereinafter referred to as the "Plan") is dated July 11, 2026 and reflected on the Court's docket as number 3. The Plan provides for payments in the amount of $1,000 per month for a period of 36 months. The Plan proposes full repayment to all allowed secured, priority, and timely filed general unsecured proofs of claim.

3. As of today's date, the Debtor has failed to:

a. commence making Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326(a)(1); and

b. comply with 11 U.S.C § 1325(a)(6) in that the Debtor has failed to submit timely Chapter 13 Plan payments to the Trustee, and is $1,000.00 in arrears to the Chapter 13 Trustee; and

c. file a Chapter 13 Plan in the current district form, pursuant to by 11 U.S.C §1321 and Fed. R. Bankr. P. 3015(b); and

d. provide the Trustee with a copy of 2025 federal and state income tax returns or transcript for the most recent year, 7 days before the first meeting of creditors pursuant to 11 U.S.C. §521(e)(2)(A)(i); and

e. provide the Trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1(d); and

f. file and provide the Trustee with an affidavit by the debtor stating whether the debtor has filed all applicable federal, state, and local tax returns as required by Bankruptcy Code §1308 pursuant to E.D.N.Y. LBR 2003-1(b)(iii) and (c); and

g. provide the Trustee with copies of canceled checks, receipts, money orders or other documentation of payment of all mortgage installments and real property lease payments that have come due since the filing of the petition as required by E.D.N.Y. LBR 2003-1(a)(vi) and (b)(i); and

h. provide and file copies of affidavits of contribution and copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition, by each person contributing to the proposed plan or to payment of expenses of the debtor's household as required by E.D.N.Y. LBR 2003-1(a)(ii) and (c); and

i. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343; and

j. file verified monthly operating reports as required by 11 U.S.C. §1304, Fed. R. Bankr. P. 2015(c)(1)(A), and E.D.N.Y. LBR 2015-1 with attached bank statements; and

k. proof of a segregated account for income taxes and proof of tax deposits.

4. The Debtor's failure to provide these items impedes the Trustee's ability to administer this case and, therefore, is a delay that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

5. Each of the foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: Jericho, New York
August 24, 2026

*s/Krista M. Preuss*
Krista M. Preuss, Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X Case No: 1-26-43364-JMM
IN RE:

HACHAN CHOWDHURY,

**CERTIFICATE OF SERVICE**

Debtors(s)
---------------------------------------------------------X

This is to certify that I, Christine M. Prasnik, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

HACHAN CHOWDHURY
1985 POWELL AVENUE
BRONX, NY 10472

Notice by electronic transmission generated by the ECF system to the following person/entities pursuant to Bankruptcy Rule 9036:

KARAMVIR DAHIYA, ESQ., Attorney for the Debtor(s), *karam@dahiya.law*

DAJA SALES CORP., et al, c/o Margolin, Weinreb & Nierer, LLP, *andrew@nyfclaw.com*

Transmission times for electronic delivery are Eastern Time zone.

This August 24, 2026

s/Christine M. Prasnik
Christine M. Prasnik, Paralegal
Office of the Standing Chapter 13 Trustee
Krista M. Preuss
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

CASE NO: 1-26-43364-JMM
Hon. JIL MAZER-MARINO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
================================================================================
IN RE:

HACHAN CHOWDHURY,

Debtor(s)
================================================================================

NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

================================================================================

KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE; STE 127
JERICHO, NY 11753
(516) 622-1340